# E. STEWART Jones Hacker Murphy LLP
## ATTORNEYS & COUNSELORS AT LAW

Please send all mail to:
**TROY OFFICE**

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820

200 HARBORSIDE DRIVE, SUITE 300
SCHENECTADY, NY 12305
PHONE: (518) 783-3843

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

1659 CENTRAL AVENUE, SUITE 103
ALBANY, NY 12205
PHONE: (518) 486-8800

FAX: (518) 274-5875

www.joneshacker.com

August 25, 2023

**VIA ECF**
Magistrate Judge Miroslav Lovric
United States District Court
Northern District of New York
James T. Foley Courthouse
Broadway
Albany, New York  12207

      RE:    Morrison v. NYS Trooper Michael Strain, et al
              Civil Action No. 1:23-CV-232(AMN/ML)
              Our File No. 11066

Dear Judge Lovric:

Please accept this correspondence as a status update of the above matter.

Defendants' depositions are scheduled for November 7 and 8, 2023.

Terence O'Connor, Esq. has agreed to serve as mediator.  The deadline for mediation is January 31, 2024.

Thank you.

Respectfully,

*James C. Knox*

James C. Knox

JCK/pmc
cc:    Peter McDaniel, AAG (Via ECF)
        Corey Ruggiero, Esq. (Via ECF)